IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

| | |
|---|---|
| ALIGN TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> SMILES OF VIRGINIA FAMILY DENTAL CENTER, PLLC and DR. NIELS OESTERVEMB, <br><br> Defendants. | Civil Action No.5:22-cv-00038-MFU <br><br> JURY TRIAL DEMANDED |

**[PROPOSED] ORDER**

THIS MATTER IS BEFORE THE COURT on the motion of Plaintiff Align Technology, Inc. ("Align"), pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), for an extension of time to file an amended complaint under Federal Rule of Civil Procedure 15(a)(1)(B) and to file its responsive pleading to the counterclaims filed by Defendants Smiles of Virginia Family Dental Center, PLLC and Dr. Niels Oestervemb (ECF No. 12) under Federal Rule of Civil Procedure 12(a)(1)(B). Upon a review of the relevant pleadings and finding that there is good cause and that it is proper to do so, the Court orders that Align shall have up to and including August 12, 2022, in order to file (a) an amended complaint as a matter of right under Federal Rule of Civil Procedure 15(a)(1)(B), and (b) a response to Defendants' counterclaims under Federal of Civil Procedure 12(a)(1)(B).

It is **SO ORDERED**. The Clerk is directed to send a copy of this Order to all counsel of record.

Entered: _____

_____
Hon. Michael F. Urbanski
Chief United States District Judge