IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

| | |
|---|---|
| ALIGN TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> SMILES OF VIRGINIA FAMILY DENTAL CENTER, PLLC and DR. NIELS OESTERVEMB, <br><br> Defendants. | Civil Action No.5:22-cv-00038-MFU <br><br> JURY TRIAL DEMANDED |

**NOTICE REGARDING PLAINTIFF ALIGN TECHNOLOGY, INC.'S
MOTION FOR EXTENSION OF TIME**

This afternoon Plaintiff Align Technology, Inc. ("Align"), by counsel and pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), filed a motion moving this Court for an extension of time to file an amended complaint under Federal Rule of Civil Procedure 15(a)(1)(B) and to file its response to the counterclaims filed by Defendants Smiles of Virginia Family Dental Center, PLLC and Dr. Niels Oestervemb (collectively, "Defendants") under Federal Rule of Civil Procedure 12(a)(1)(B).

At that time, Align had not received a response from Defendants' counsel concerning its position on Align's Motion. Defendants, by counsel, have now responded indicating that they consent to the extensions requested in Align's Motion.

1

Respectfully Submitted,

ALIGN TECHNOLOGY, INC.

*By Counsel*

__/s/_____
Ryan V.P. Dougherty (VSB No. 78444)
William R. Poynter (VSB No. 48672)
KALEO LEGAL
4456 Corporation Lane
Suite 135
Virginia Beach, Virginia 23462
Tele: (757) 238-6383
Fax: (757) 304-6175
wpoynter@kaleolegal.com
rdougherty@kaleolegal.com

Jennifer Seraphine (*pro hac vice*)
Jacob S. Zweig (*pro hac vice*)
TURNER BOYD
702 Marshall Street
Suite 640
Redwood City, California 94063
Tele: (650) 521-5930
Fax: (650) 521-5931
seraphine@turnerboyd.com
zweig@turnerboyd.com

**CERTIFICATE OF SERVICE**

I hereby certify that the attached pleading was filed on August 4, 2022 using this Court's CM/ECF filing service and, accordingly, a copy was provided to counsel of record.

    /s/_____
Ryan V.P. Dougherty (VSB No. 78444)
William R. Poynter (VSB No. 48672)
KALEO LEGAL
4456 Corporation Lane
Suite 135
Virginia Beach, Virginia 23462
Tele: (757) 238-6383
Fax: (757) 304-6175
wpoynter@kaleolegal.com
rdougherty@kaleolegal.com

*Counsel for Plaintiff Align Technology, Inc.*