# EXHIBIT A





# Invisalign® – Clear Aligners In Winchester, VA