# EXHIBIT D

 Invisalign provider Winchester Virginia   

https://www.smilesofvirginia.com › cosmetic-dentistry

### Invisalign® – Clear Aligners In Winchester, VA - Smiles Of ...

No more visible wires and braces! Get invisible aligners. We provide the best **invisalign** treatment in **Winchester, VA**. Contact us today!

