# EXHIBIT E

 **Smiles of Virginia Family Dental Center**
March 13, 2020 · 🌐

Invisalign or clear aligners are one of the most popular orthodontic treatments. As the name suggests, these clear trays help in straightening your teeth while being barely visible! 😬

The Invisalign treatment process is super straight forward too! Each tray is custom made for your teeth, fixing crowding and straightening your smile! 😊

At Smiles of Virginia Family Dental Center, we believe that a perfect smile should be affordable. With our in-house made aligners, you enjoy p... **See more**



👍 5                                                                    1 Share

👍 Like                   💬 Comment                   ↗ Share