Stephen L. Pettler Jr., Esq. VSB #44436
HARRISON & JOHNSTON, PLC
21 S. Loudoun Street
Winchester, VA  22601
Telephone: 540-667-1266
Facsimile: 540-667-1312
E-Mail: pettler@harrison-johnston.com
Attorneys for Counterplaintiffs
Smiles of Virginia Family Dental Center PLLC
Dr. Niels Oestervemb

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF VIRGINIA

### Harrisonburg Division

| | |
|---|---|
| **ALIGN TECHNOLOGY, INC.,** | Case No. 5:22-cv-00038-MFU |
| Plaintiff, | **MOTION FOR PRO HAC VICE ADMISSION OF SARA GOLD** |
| v. | |
| **SMILES OF VIRGINIA FAMILY DENTAL CENTER, PLLC, and DR. NIELS OESTERVEMB,** | |
| Defendants. | |

Pursuant to Local Rule 6(d), Defendants Smiles of Virginia Family Dental Center, PLLC and Dr. Niels Oestervemb, through their undersigned counsel, respectfully move for the admission pro hac vice of Ms. Sara Gold so that she may appear in this case.  Ms. Gold is a member in good standing of the bar of the state of California continuously since 2019 (State Bar No. 328268). She is additionally admitted to practice in the Ninth Circuit Court of Appeals as well as the United

States District Courts for the Southern, Central, Eastern and Northern Districts of California.

                                                          Respectfully submitted,

Dated:  August 31, 2022          SMILES OF VIRGINIA FAMILY DENTAL CENTER & DR. NIELS OESTERVEMB

                                                    *By Counsel*

                                                    */s/ Stephen L. Pettler, Jr.*
                                                  Stephen L. Pettler Jr., Esq. VSB #44436
                                                  HARRISON & JOHNSTON, PLC
                                                  21 S. Loudoun Street
                                                  Winchester, VA  22601
                                                  Telephone: 540-667-1266
                                                  Facsimile: 540-667-1312
                                                  E-Mail: pettler@harrison-johnston.com

                                                  Gary L. Eastman Esq.
                                                  (*pro hac vice* forthcoming)
                                                  EASTMAN IP
                                                  401 W. A Street, Suite 1785
                                                  San Diego, CA   92101
                                                  Telephone: 619-230-1144
                                                  Facsimile: 619-230-1194
                                                  E-Mail: gary@eastmanip.com

# CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2022, I electronically transmitted the foregoing document using the CM/ECF system for filing, which will transmit the document electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies, if needed, have been served on those indicated as non-registered participants.

        Ryan V.P. Dougherty (VSB No. 78444)
        William R. Poynter (VSB No. 48672)
        KALEO LEGAL
        4456 Corporation Lane, Suite 135
        Virginia Beach, VA   23462
        Tele: (757) 761-0934
        Fax: (757) 304-6175
        rdougherty@kaleolegal.com
        wpoynter@kaleolegal.com


    */s/ Stephen L. Pettler, Jr.*_____
    Stephen L. Pettler, Jr.