# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

| | |
|---|---|
| ALIGN TECHNOLOGY, INC., | ) |
| | ) Civil Action No. 5:22-cv-38 |
| Plaintiff, | ) |
| | ) By: Michael F. Urbanski |
| v. | ) Chief United States District Judge |
| | ) |
| SMILES OF VIRGINIA FAMILY DENTAL | ) |
| CENTER, PLLC and DR. NIELS | ) |
| OESTERVEMB, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Upon consideration of the Motion for Pro Hac Vice Admission of Sara Gold, Esq., filed by attorneys for plaintiff Align Technology, Inc., ECF No. 29, and finding it proper to do so, the Court **ORDERS** that, pursuant to the requirements of Local Rule 6(d) of the United States District Court for the Western District of Virginia, Sara Gold, Esq. is specially admitted to appear and participate in the above-captioned matter.

It is so **ORDERED**.

ENTERED: 09/02/2022

Digitally signed by Michael F. Urbanski   Chief U.S. District Judge
Date: 2022.09.02 11:21:31 -04'00'

Michael F. Urbanski
Chief United States District Judge