Gary L. Eastman Esq. (CA SB 182518)
(Admitted pro hac vice)
EASTMAN IP
401 W. A Street, Suite 1785
San Diego, CA   92101
Telephone: 619-230-1144
Facsimile: 619-230-1194
E-Mail: gary@eastmanip.com
Attorneys for Counterplaintiffs
Smiles of Virginia Family Dental Center PLLC
Dr. Niels Oestervemb

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF VIRGINIA

# Harrisonburg Division

| | |
|---|---|
| **ALIGN TECHNOLOGY, INC.,** | Case No. 5:22-cv-00038-MFU |
| Plaintiff, | **NOTICE OF APPEARANCE OF GARY L. EASTMAN** |
| v. | |
| **SMILES OF VIRGINIA FAMILY DENTAL CENTER, PLLC, and DR. NIELS OESTERVEMB,** | |
| Defendants. | |

Please take notice that Mr. Gary L. Eastman, admitted pro hac vice to this Court, files this Notice of Appearance in the above-referenced action for Smiles of Virginia Family Dental Centers, PLLC and Dr. Niels Oestervemb.  Please direct all notices, including ECF notices, to be served on the undersigned attorney.

1
2                                              Respectfully submitted,
3
4    Dated:  September 2, 2022                  SMILES OF VIRGINIA FAMILY DENTAL CENTER &
                                                DR. NIELS OESTERVEMB
5
                                                *By Counsel*
6
                                                  /s/ Gary L. Eastman
7
                                                Gary L. Eastman Esq.
8                                               (Admitted *pro hac vice*)
                                                EASTMAN IP
9                                               401 W. A Street, Suite 1785
10                                              San Diego, CA   92101
                                                Telephone: 619-230-1144
11                                              Facsimile: 619-230-1194
                                                E-Mail: gary@eastmanip.com
12
13                                              Stephen L. Pettler Jr., Esq. VSB #44436
                                                HARRISON & JOHNSTON, PLC
14                                              21 S. Loudoun Street
15                                              Winchester, VA  22601
                                                Telephone: 540-667-1266
16                                              Facsimile: 540-667-1312
                                                E-Mail: pettler@harrison-johnston.com
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 2, 2022, I electronically transmitted the foregoing document using the CM/ECF system for filing, which will transmit the document electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies, if needed, have been served on those indicated as non-registered participants.

        Ryan V.P. Dougherty (VSB No. 78444)
        William R. Poynter (VSB No. 48672)
        KALEO LEGAL
        4456 Corporation Lane, Suite 135
        Virginia Beach, VA   23462
        Tele: (757) 761-0934
        Fax: (757) 304-6175
        rdougherty@kaleolegal.com
        wpoynter@kaleolegal.com

        _/s/  Gary L. Eastman_____
        Gary L. Eastman