Sara Gold, Esq. (CA SB 328268)
(Admitted pro hac vice)
EASTMAN IP
401 W. A Street, Suite 1785
San Diego, CA   92101
Telephone: 619-230-1144
Facsimile: 619-230-1194
E-Mail: sara@eastmanip.com
Attorneys for Counterplaintiffs
Smiles of Virginia Family Dental Center PLLC
Dr. Niels Oestervemb

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF VIRGINIA

## Harrisonburg Division

| | |
|---|---|
| **ALIGN TECHNOLOGY, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**SMILES OF VIRGINIA FAMILY DENTAL CENTER, PLLC, and DR. NIELS OESTERVEMB,**<br><br>Defendants. | Case No. 5:22-cv-00038-MFU<br><br>**NOTICE OF APPEARANCE OF SARA GOLD** |

Please take notice that Ms. Sara Gold, admitted pro hac vice to this Court, files this Notice of Appearance in the above-referenced action for Smiles of Virginia Family Dental Centers, PLLC and Dr. Niels Oestervemb.  Please direct all notices, including ECF notices, to be served on the undersigned attorney.

Respectfully submitted,

Dated: September 8, 2022

SMILES OF VIRGINIA FAMILY DENTAL CENTER & DR. NIELS OESTERVEMB

*By Counsel*

/s/ Sara Gold

Sara Gold, Esq.
(Admitted *pro hac vice*)
EASTMAN IP
401 W. A Street, Suite 1785
San Diego, CA 92101
Telephone: 619-230-1144
Facsimile: 619-230-1194
E-Mail: sara@eastmanip.com

Stephen L. Pettler Jr., Esq. VSB #44436
HARRISON & JOHNSTON, PLC
21 S. Loudoun Street
Winchester, VA 22601
Telephone: 540-667-1266
Facsimile: 540-667-1312
E-Mail: pettler@harrison-johnston.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2022, I electronically transmitted the foregoing document using the CM/ECF system for filing, which will transmit the document electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies, if needed, have been served on those indicated as non-registered participants.

        Ryan V.P. Dougherty (VSB No. 78444)
        William R. Poynter (VSB No. 48672)
        KALEO LEGAL
        4456 Corporation Lane, Suite 135
        Virginia Beach, VA   23462
        Tele: (757) 761-0934
        Fax: (757) 304-6175
        rdougherty@kaleolegal.com
        wpoynter@kaleolegal.com


        _/s/  Sara Gold_____
        Sara Gold