**UNITED STATES DISTRICT COURT**
**Western District of Virginia**
**OFFICE OF THE CLERK**
Laura A. Austin, Clerk

**September 9, 2022**

**Re: Align Technology, Inc. v. Smiles of Virginia Family Dental Center, PLLC, et al; 5:22CV00038**

Dear Counsel:

This case has been assigned to Chief United States District Judge Michael F. Urbanski.

I am contacting you for the purpose of setting up a scheduling conference with Judge Urbanski, pursuant to Rule 16(b)(1)(B) of the Federal Rules of Civil Procedure. At this scheduling conference, which will be conducted via Zoom, please be prepared to discuss a discovery plan and select a trial date. A pretrial scheduling order will be entered following this conference. The court would also like to take up ECF 25 at the same time.

Currently, Judge Urbanski has the following dates and times available to hold this conference by Zoom:

| | |
|---|---|
| 11/16/22 | 1pm |
| 11/17/22 | 1pm |
| 11/21/22 | 9am, 10am, 11am, 2pm, 3pm |
| 11/22/22 | 2pm, 3pm |
| 11/23/22 | 9am, 2pm, 3pm |

**Please confer and have one party contact me at kristina@vawd.uscourts.gov, with your selection**. I will send your Zoom invitation for the hearing once I get your date and time.

Very truly yours,

s/ Kristin Ayersman

Courtroom Deputy
(kristina@vawd.uscourts.gov or (540) 857-5153)

cc: All Counsel
    Electronic File