# APPEARANCE SHEET
## FOR THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## HARRISONBURG DIVISION

Align Technology, Inc.                          )          CASE NO.:  5:22-cv-00038
                                                )
v.                                              )          DATE: 1/17/23
                                                )
Smiles of Virginia Family Dental                )
Center, PLLC, et al                             )
                                                )
TYPE OF HEARING:  Discovery Dispute             )          Time in Court: 10:33 – 10:46=13 minutes

*******************************************************************************
### PARTIES/SPEAKERS:

1.   USMJ - Joel C. Hoppe                    6.
2.   Jennifer Seraphine                      7.
3.   Ryan Van Patten Dougherty              8.
4.   Jacob Zweig                             9.     deputy clerk – Karen Dotson
5.   Gary L Eastman                         10.

*******************************************************************************
CD NO(S). Recorded using Cisco Conference Manager          RECORDED BY:  Karen Dotson
           and saved to Harrisonburg's I: drive

| Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. |
|---|---|---|---|---|---|---|---|---|---|
| 10:33 | 1,2 |  | 5,1 |  |  |  |  |  |  |
|  | 3,1 |  | 2 |  |  |  |  |  |  |
|  | 5,1 | 45 | 5,1 |  |  |  |  |  |  |
| 34 | 2 |  | 2,1 |  |  |  |  |  |  |
| 37 | 1,5 |  | 2,1 |  |  |  |  |  |  |
| 38 | 1 | 46 | 1 |  |  |  |  |  |  |
| 39 | 2 |  |  |  |  |  |  |  |  |
| 41 | 1,5 |  |  |  |  |  |  |  |  |
| 42 | 2 |  |  |  |  |  |  |  |  |
| 43 | 1,5 |  |  |  |  |  |  |  |  |
|  | 2,1 |  |  |  |  |  |  |  |  |
| 44 | 2,1 |  |  |  |  |  |  |  |  |
|  | 5,1 |  |  |  |  |  |  |  |  |