IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

|  |  |
|---|---|
| **Align Technology, Inc.** | Action No:   5:22cv38 |
|  | Date:   1/17/23 |
| vs. | Judge:   Joel C. Hoppe, USMJ |
|  | Court Reporter:   Karen Dotson, CISCO Conference Manager |
| **Smiles of Virginia Family Dental Center** | Deputy Clerk:   Karen Dotson |

Plaintiff Attorney(s)
Jennifer Seraphine
Ryan Van Patten Dougherty
Jacob Zweig

Defendant Attorney(s)
Gary L Eastman
Stephen L. Pettler , Jr.

### LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:

1.

DEFENDANT:

1.

PROCEEDINGS:
Discovery Dispute:

Parties discuss discovery dispute
Court discusses mediation (off the record)

Time in court: 10:33-10:46=13 minutes; 10:46-10:52=19 minutes / total time = 32 minutes